**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 113 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL THOMPSON, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of August, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the [t]rial [c]ourt and the Superior Court of Pennsylvania erred in determining that an inventory search of an automobile by law enforcement is an exception to the Pennsylvania Supreme Court decision in *Commonwealth v. Alexander*, 243 A.3d 177 (Pa. 2020) requiring a search warrant before conducting a search of a person's vehicle or requir[ing] production and proof of exigent circumstances for a warrantless search of a vehicle?

The Prothonotary is **DIRECTED** to list this matter for oral argument at the same session as, and consecutive to, *Commonwealth v. Saunders*, 20 EAP 2023.